AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>CHAZ JONES (8)<br>_____<br>*Defendant* | )<br>)<br>)<br>)  Case No.   1:17-cr-89<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information   ❏ Superseding Information        ❏ Complaint

❏ Probation Violation Petition   ☑ Supervised Release Violation Petition   ❏ Violation Notice    ❏ Order of Court

| Place: POTTER STEWART, U.S. COURTHOUSE<br>100 EAST FIFTH STREET<br>CINCINNATI, OHIO 45202 | Courtroom No.:   #6 (Rm. 708) |
|---|---|
| | Date and Time:   10/31/2024 1:30 pm |

This offense is briefly described as follows:

SEE PETITION

| | |
|---|---|
| Date:        10/18/2024 | _____<br>*Issuing officer's signature*<br><br>Richard W. Nagel, Clerk, U.S. District Court<br>*Printed name and title* |

I declare under penalty of perjury that I have:

x❏ Executed and returned this summons          ❏ Returned this summons unexecuted

| | |
|---|---|
| Date:   10/25/24 | *Marquita L Howard*<br>*Server's signature*<br><br>Marquita Howard United States Probation Officer<br>*Printed name and title* |